# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| THOMSON LICENSING SA, | : | |
| Plaintiff, | : | Case No.  3:02cv00311 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| JACK BEERY, | : | |
| Defendant. | : | |

## ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #217), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  It is therefore

**ORDERED** that:

1. The Report and Recommendations filed on December 28, 2005 (Doc. #217) is ADOPTED in full;

2. Plaintiff Thomson Licensing SA's Motion For Relief From Judgment So As To Allow Appeal (Doc. #208) is DENIED without prejudice; and

3. This case remains terminated on the docket of this Court.

January 20, 2006                                                              **s/Thomas M. Rose**

                                                                                    Thomas M. Rose
                                                                                    United States District Judge